THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH HAGEN, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

People v. Hagen, 212 App. Div. 886, affirmed.

(Argued May 11, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 26, 1925, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting defendant of the crime of murder in the second degree.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*Charles J. Dodd,* District Attorney (*James I. Cuff* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin, Crane, Andrews and Lehman, JJ.   Absent: Pound, J.